MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

W.S. WILSON LEUNG (CABN 190939)
Assistant United States Attorneys

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7301
   Facsimile: (415) 436-6758
   E-Mail: wilson.leung@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:12-MJ-70294 |
| - v. - | |
| | STIPULATION AND [PROPOSED] ORDER |
| ELENA RAE ONTIVEROS, | |
| Defendant. | |

    The United States of America, by its attorneys, Melinda Haag, United States Attorney, and W.S. Wilson Leung, Assistant United States Attorney, of counsel, and defendant Elena Rae Ontiveros, by her attorney, David Andersen, Esq., respectfully submit this stipulation and proposed order to request that the May 17, 2012 preliminary hearing in the above-captioned matter be continued until June 27, 2012.

    The parties hereby stipulate and agree to the following:

    1.    Defendant Elena Rae Ontiveros was charged in a criminal complaint dated March 13, 2012, with violating Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18, United States Code, Section 2. Ontiveros was arrested and subsequently presented before the

Honorable Nathanael M. Cousins on March 15, 2012.  On March 20, 2012, Ontiveros was ordered released subject to an unsecured $50,000 personal recognizance bond and other conditions.

2. Since Ontiveros's initial appearance, the parties have been trying to reach a disposition of this matter prior to the filing of an indictment.  The parties continue to pursue these discussions and require additional time for this purpose.  Among other things, Ontiveros's compliance with certain pre-trial release conditions may be material to the parties' discussions.

3. Accordingly, the parties respectfully request that the May 17, 2012 preliminary hearing be continued until June 27, 2012, in order to allow the parties to pursue their plea discussions.  Should this request be granted, the parties submit that time should be properly excluded under the Speedy Trial Act until the June 27, 2012 in the interests of justice and to ensure the effective assistance of counsel.

DATED: May 15, 2012

SO STIPULATED.

MELINDA HAAG
United States Attorney

By: ___/s/_____
W.S. WILSON LEUNG
Assistant United States Attorney


___/s/_____
DAVID L. ANDERSEN, ESQ.
Counsel for Elena Rae Ontiverso

FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT the May 17, 2012, preliminary hearing in the above-captioned matter is continued until June 27, 2012, and time under the Speedy Trial Act shall be excluded through June 27, 2012.

DATED: May __16__, 2012

_____
HON. JOS
Chief United States Magistrate Judge
Judge Joseph C. Spero

2