1  DAVID L. ANDERSEN (S.B. No. 50010)
   ANDERSEN & ZIMMER
2  385 GRAND AVENUE, SUITE 300
   OAKLAND, CA 94610
3  (510)835-4952 FAX (510)835-4958

4  ATTORNEY FOR ELENA RAE ONTIVEROS

5  **UNITED STATES DISTRICT COURT**
   **NORTHERN DISTRICT OF CALIFORNIA**
6  **SAN FRANCISCO DIVISION**

7

   UNITED STATES,                              )
8                                              )   Action No.   3:12-MJ-70294
                  Plaintiff(s),                )
9                                              )   **STIPULATION AND**
            v.                                 )   **[PROPOSED] ORDER FOR**
10                                             )   **CONTINUANCE**
   ELENA RAE ONTIVEROS                         )
11                                             )
                  Defendant(s).                )
12                                             )

13        Defendant, ELENA RAE ONTIVEROS, through her counsel, David L. Andersen, and

14  the United States, through its counsel, Melina Haag, United States Attorney, and Assistant

15  United States Attorney, W.S. Wilson Leung, respectfully submit this stipulation and proposed

16  order to request that the above captioned matter be continued to August 23, 2012.

17        The parties hereby stipulate and agree to the following:

18        1.    Defendant Elena Rae Ontiveros was charged in a criminal complaint dated March

19  13, 2012, with violating Title 21, United States Code, Sections 846 and 841(a)(1), and Title 18,

20  United States Code, Section 2. Ms. Ontiveros was arrested and subsequently presented before the

21  Honorable Nathanael M. Cousins on March 15, 2012. On March 20, 2012, Ms. Ontiveros was

22  ordered released subject to an unsecured $50,000 personal recognizance bond and other

23  conditions.

24        2.    Since Ms. Ontiveros's initial appearance, the parties have been trying to reach a

25  disposition of this matter prior to the filing of an indictment. The parties continue to pursue these

26  discussions and require additional time for this purpose.

27        3.    Accordingly, the parties respectfully request that the July 27, 2012, preliminary

28  hearing be continued until August 23, 2012, in order to allow the parties to pursue their plea

1  discussions. Should this request be granted, the parties submit that time should be properly
2  excluded under the Speedy Trial Act until the August 23, 2012, in the interests of justice and to
3  ensure the effective assistance of counsel.

4  DATED: July 23, 2012

5                                                                        _/s/ David L. Andersen_____
                                                                              David L. Andersen
6                                                                      Attorney for Elene Rae Ontiveros

7  DATED: July 23, 2012

8                                                                        _/s/ W.S. Wilson Leung_____
                                                                              W.S. Wilson Leung
9                                                                      Assistant United States Attorney

10

11     **FOR THE FOREGOING REASONS, IT IS HEREBY ORDERED THAT** the July
12  27, 2012, preliminary hearing in the above-captioned matter is continued until August 23, 2102,
13  and time under the Speedy Trial Act shall be excluded through August 23, 2012.

14  DATED: July _26_, 2012

15                                                                        _____
                                                                              Hon. Maria Elena James
16                                                                        United States Magistrate Judge